UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION | : : : : | |
| Plaintiff, | : : | |
| vs. | : : | Civil No. 2:16-cv-04291-MMB |
| JOHN T. PLACE, *et al.*, | : : | |
| Defendants. | : : | |

**PLAINTIFF U.S. SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF DISMISSAL AS TO DEFENDANT GLOBAL TRANSITION SOLUTIONS, LLC**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, plaintiff U.S. Securities and Exchange Commission (the "Commission"), hereby provides notice of its dismissal, without prejudice, of its Complaint as to Defendant Global Transition Solutions, LLC. This notice shall have no effect whatsoever on the Commission's Complaint and claims against the other Defendants to this action.

Respectfully submitted,

*/s/ Stephan J. Schlegelmilch*
Stephan J. Schlegelmilch
Daniel J. Maher
U.S. SECURITIES AND EXCHANGE COMMISSION
DIVISION OF ENFORCEMENT
100 F Street, N.E.
Washington, DC 20549
Telephone: (202) 551-4935 (Schlegelmilch)
Facsimile: (202) 772-9292
E-mail: SchlegelmilchS@SEC.gov

*Attorneys for Plaintiff*
*U.S. Securities and Exchange Commission*

Dated: April 21, 2017

## CERTIFICATE OF SERVICE

I certify that on April 21, 2017, I caused the foregoing to be filed using the Court's CM/ECF system, which will send notification of such filing to each counsel of record. True and accurate copies of the foregoing were also sent by regular U.S. mail, prepaid, to the following:

John T. Place
129 Kane Street, Apt. 2
Brooklyn, NY 11231

*/s/ Stephan J. Schlegelmilch*
*One of Plaintiff's Attorneys*