UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>　　Plaintiff,<br><br>　　vs.<br><br>JOHN T. PLACE, *et al.*,<br><br>　　Defendants. | Civil No. 2:16-cv-04291-MMB |

### [PROPOSED] ORDER

The Court hereby GRANTS the plaintiff's motion to strike Defendant John Kirk and Paul Kirk's affirmative defense of laches, ECF No. 25 at 14 (Ninth Defense).

SO ORDERED.

9/29/17

_____
UNITED STATES DISTRICT JUDGE

1