**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>v.<br><br>**JOHN T. PLACE, PAUL G. KIRK, JOHN P. KIRK, GLOBAL TRANSITION SOLUTIONS, Inc., and GLOBAL TRANSITION SOLUTIONS, LLC** | **CIVIL ACTION**<br><br>**NO. 16-4291** |

## ORDER

**AND NOW**, this 21st day of December, 2018, upon consideration of Defendants' Motion for Summary Judgment (ECF 45), the Response and Reply thereto, and the arguments made at the hearing held on November 8, 2018, and for the reasons explained in the foregoing memorandum, it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-4291 SEC v Place\16cv4291Order 122118.docx