IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>v.<br><br>JOHN T. PLACE, PAUL G. KIRK, JOHN P. KIRK, GLOBAL TRANSITION SOLUTIONS, Inc., and GLOBAL TRANSITION SOLUTIONS, LLC | CIVIL ACTION<br><br>NO. 16-4291 |

**ORDER**

**AND NOW**, this 14th day of February, 2019, upon consideration of Plaintiff's Motion for Summary Judgment (ECF 44), the Response and Reply thereto, the arguments made at the hearing held on November 8, 2018, and for the reasons explained in the foregoing memorandum, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-4291 SEC v Place\16cv4291 Order 02142019.docx