UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>JOHN T. PLACE, *et al.*,<br><br>Defendants. | FILED<br>JUL 22 2019<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk<br><br>Civil No. 2:16-cv-04291-MMB |

### FINAL JUDGMENT AS TO DEFENDANT JOHN PLACE

The Securities and Exchange Commission having filed a Complaint and Defendant John Place ("Place") having entered a general appearance, consented to the Court's jurisdiction over himself and the subject matter of this action, consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided herein in paragraph II), waived findings of fact and conclusions of law, and waived any right to appeal from this Final Judgment; and

The Court having previously entered judgment against Place on November 8, 2018 and having imposed injunctive relief pursuant to Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], and Section 15(c)(1) of the Exchange Act [15 U.S.C. § 78o(c)(1)] while ordering that monetary remedies would be determined upon motion of the Commission:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that John Place is liable for disgorgement of $375,803, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $57,688. In light of his

1

substantial cooperation, Place shall pay no penalty. Place shall satisfy this obligation by paying $433,491 to the Securities and Exchange Commission within 14 days after entry of this Final Judgment.

Place may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; John Place as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to them.

The Commission may enforce the Court's judgment for disgorgement or prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Defendant shall pay postjudgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

Amounts collected shall be applied first to disgorgement, then prejudgment interest, then

2

civil penalty, until the disgorgement, prejudgment interest, and civil penalty amounts in this Final Judgment are fully satisfied; only then shall any amount be applied to postjudgment interest.

The Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval. The Court shall retain jurisdiction over the administration of any distribution of the Fund. If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the complaint are true and admitted by Place, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Place under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation by him of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

3

Dated: July 22, 2019

_____
UNITED STATES DISTRICT JUDGE

4